# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
**www.flmb.uscourts.gov**

**In re:**  Case No: 6:16-bk-02252-ABB
  Chapter 13
**SHARON LYNETTA GILBERT,**
  **Debtor.**
_____/

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801and serve a copy on the movant's attorney, BransonLaw, PLLC, 1501 East Concord Street, Orlando, Florida 32803, and any other appropriate persons within the time allowed.
>
> If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Debtor, Sharon Lynetta Gilbert, by and through undersigned counsel files this Motion to Modify Confirmed Chapter 13 Plan and states as follows:

1. Debtor's case was confirmed on September 25, 2016.

2. The Debtor has become delinquent in plan payments; along with the sum of $825.00 the Debtor mailed to the Trustee on January 29, 2019, the proposed modifications herein bring the Debtor current.

3. The Debtor proposes to modify the confirmed plan payments and disbursements as follows:

   SEE ATTACHED SPREADSHEET

4. Since the Debtor's confirmed plan provided for payments of all disposable

income over a period of sixty months and priority and secured creditors will not be adversely affected by this modification, it is further moved that provisions for a notice and hearing as specified by 11 U.S.C. Section 1329 (b) (2) is hereby waived.  All other provisions of the Order confirming Chapter 13 plan remain the same, unless otherwise modified herein.

WHEREFORE, Debtor requests this Court grant Debtor's Motion to Modify and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail the 31st day of January 2019, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL  32790; Debtor, Sharon Lynetta Gilbert, 2121 Black Mangrove Dr., Orlando, FL 32828; and to All Creditors and Interested Parties.

/s/ Robert B. Branson
Robert B. Branson, Esquire

| DUE DATE 5TH | | 16-2252 B 5/5/2016 Unsecured | | | GILBERT | 10.0% Debtor Pmt | Tee Fee | | ATTY | | CLAIM 350 MONITORING FEES | | CLAIM 009 PENNYMAC BLACK MANGROVE DR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | | | | | | | | | |
| 5/5/2016 | 1 | $0.00 | | | | $851.40 | $85.14 | | $766.26 | | | | |
| 6/5/2016 | 2 | $0.00 | | | | $851.40 | $85.14 | | $766.26 | | | | |
| 7/5/2016 | 3 | $0.00 | | | | $851.40 | $85.14 | | $766.26 | | | | |
| 8/5/2016 | 4 | $0.00 | 4 | at | | $851.40 | $85.14 | | $766.26 | | | | |
| 9/5/2016 | 5 | $1,895.98 | 1 | at | | $2,958.04 | $295.80 | 5 at | $766.26 | | | 5 at | |
| 10/5/2016 | 6 | $0.00 | 1 | at | | $1,117.00 | $111.70 | 1 at | $0.14 | 6 at | | | $1,005.16 |
| 11/5/2016 | 7 | $0.00 | | | | $1,293.00 | $129.30 | | $66.90 | | $50.00 | | $1,005.16 |
| 12/5/2016 | 8 | $0.00 | 2 | at | | $1,293.00 | $129.30 | 2 at | $66.90 | 2 at | $50.00 | | $1,005.16 |
| 1/5/2017 | 9 | ($0.00) | | | | $1,116.84 | $111.68 | | | | | | $1,005.16 |
| 2/5/2017 | 10 | ($0.00) | | | | $1,116.84 | $111.68 | | | | | | $1,005.16 |
| 3/5/2017 | 11 | ($0.00) | 3 | at | | $1,116.84 | $111.68 | 3 at | | 3 at | | 6 at | $1,005.16 |
| 4/5/2017 | 12 | $0.00 | 1 | at | | $591.48 | $59.15 | 1 at | $460.69 | 1 at | $30.00 | | |
| 5/5/2017 | 13 | $0.00 | 1 | at | | $368.00 | $36.80 | 1 at | $246.82 | 1 at | $34.58 | 2 at | |
| 6/5/2017 | 14 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 7/5/2017 | 15 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 8/5/2017 | 16 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 9/5/2017 | 17 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 10/5/2017 | 18 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 11/5/2017 | 19 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 12/5/2017 | 20 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 1/5/2018 | 21 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 2/5/2018 | 22 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | | $1,005.28 |
| 3/5/2018 | 23 | $0.01 | | | | $1,262.00 | $126.20 | | $22.49 | | $58.06 | 10 at | $1,005.28 |
| 4/5/2018 | 24 | $0.00 | 11 | at | | $1,262.00 | $126.20 | 11 at | $22.49 | 11 at | $58.06 | 1 at | $1,005.29 |
| 5/5/2018 | 25 | $0.00 | 1 | at | | $44.00 | $4.40 | 1 at | $39.60 | | | | |
| 6/5/2018 | 26 | $0.00 | 1 | at | | $0.00 | | | | | | 2 at | |
| 7/5/2018 | 27 | $0.00 | 1 | at | | $1,200.00 | $120.00 | | | | | 1 at | $1,080.00 |
| 8/5/2018 | 28 | $0.00 | | | | $500.00 | $50.00 | | | | | | $450.00 |
| 9/5/2018 | 29 | $0.00 | 2 | at | | $500.00 | $50.00 | | | | | 2 at | $450.00 |
| 10/5/2018 | 30 | $0.00 | 1 | at | | $1,552.40 | $155.24 | 5 at | | 6 at | | 1 at | $1,139.16 |
| 11/5/2018 | 31 | $0.68 | | | | $1,577.00 | $157.70 | | | | | | $1,406.49 |
| 12/5/2018 | 32 | $0.68 | 2 | at | | $1,577.00 | $157.70 | | | | | 2 at | $1,406.49 |
| 1/5/2019 | 33 | $0.00 | 1 | at | | $761.28 | $76.13 | | | | | 1 at | $415.02 |
| 2/5/2019 | 34 | $0.76 | | | | $1,645.00 | $164.50 | | | | | | $1,467.61 |
| 3/5/2019 | 35 | $0.76 | | | | $1,645.00 | $164.50 | 5 at | | | | 2 at | $1,467.61 |
| 4/5/2019 | 36 | $0.08 | | | | $1,645.00 | $164.50 | | $25.68 | | | 1 at | $1,184.61 |
| 5/5/2019 | 37 | $0.08 | | | | $1,645.00 | $164.50 | | $25.68 | | | | $1,442.61 |
| 6/5/2019 | 38 | $0.08 | | | | $1,645.00 | $164.50 | | $25.68 | | | 2 at | $1,442.61 |
| 7/5/2019 | 39 | $0.08 | | | | $1,645.00 | $164.50 | 4 at | $25.68 | 9 at | | 1 at | $1,184.61 |
| 8/5/2019 | 40 | $0.08 | | | | $1,645.00 | $164.50 | | $7.68 | 1 at | $129.51 | 1 at | $1,331.10 |
| 9/5/2019 | 41 | $0.08 | | | | $1,645.00 | $164.50 | | $7.68 | | $63.23 | | $1,071.64 |
| 10/5/2019 | 42 | $0.08 | | | | $1,645.00 | $164.50 | | $7.68 | | $63.23 | | $1,071.64 |
| 11/5/2019 | 43 | $0.08 | | | | $1,645.00 | $164.50 | | $7.68 | | $63.23 | | $1,071.64 |
| 12/5/2019 | 44 | $0.08 | | | | $1,645.00 | $164.50 | | $7.68 | | $63.23 | | $1,071.64 |
| 1/5/2020 | 45 | $0.08 | 12 | at | | $1,645.00 | $164.50 | | $7.68 | | $63.23 | 5 at | $1,071.64 |
| 2/5/2020 | 46 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 3/5/2020 | 47 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 4/5/2020 | 48 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 5/5/2020 | 49 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 6/5/2020 | 50 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 7/5/2020 | 51 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 8/5/2020 | 52 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 9/5/2020 | 53 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | | $63.23 | | $1,010.52 |
| 10/5/2020 | 54 | $0.04 | | | | $1,577.00 | $157.70 | | $7.68 | 14 at | $63.23 | | $1,010.52 |
| 11/5/2020 | 55 | $0.00 | | | | $1,577.00 | $157.70 | 16 at | $7.68 | 1 at | $251.10 | | $1,010.52 |
| 12/5/2020 | 56 | $0.00 | | | | $1,577.00 | $157.70 | 1 at | $76.80 | 1 at | $306.98 | | $1,010.52 |
| 1/5/2021 | 57 | $0.00 | | | | $1,577.00 | $157.70 | | $7.68 | 1 at | $118.10 | | $1,010.52 |
| 2/5/2021 | 58 | $270.25 | | | | $1,577.00 | $157.70 | | $7.68 | 1 at | $105.85 | | $1,010.52 |
| 3/5/2021 | 59 | $326.10 | | | | $1,577.00 | $157.70 | 3 at | $7.68 | | $50.00 | | $1,010.52 |
| 4/5/2021 | 60 | $70.52 | 15 | at | | $1,577.00 | $157.70 | | $7.54 | | $50.00 | | $1,010.52 |
| | | $2,566.66 | | | | $79,365.32 | $7,936.53 | | $5,292.72 | | $2,700.00 | | $53,472.97 |
| | | $73,861.28 | | | | | | | ATTY | | CLAIM 350 | | CLAIM 009 |
| | | 3% | | | | | | | $5,190.00 | | $2,700.00 | | ONGOING |
| | | LIQ = $2106.64 | | | | | | | | | | | 53473.00 |
| | | RE: SETTLEMENT FUNDS | | | | | | | | | | | PERM MOD |
| | | 2016 IRS - REFUND 168.00 | | | | | | | | | | | ORDER 06-06-17 |
| | | 2017 IRS - OWE | | | | | | | | | | | |

| DUE DATE 5TH | | | CLAIM 005 PRI IRS | | | AVALON PARK HOA need post pet claim | | | AVALON PARK DELIQ POST PET | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | | | | | | |
| 5/5/2016 | 1 | | | 1 | at | future | | | | | | | | | | | | | |
| 6/5/2016 | 2 | | | 1 | at | ongoing | | | | | | | | | | | | | |
| 7/5/2016 | 3 | | | | | | | | | | | | | | | | | | |
| 8/5/2016 | 4 | | | | | | | | | | | | | | | | | | |
| 9/5/2016 | 5 | | | | | | | | | | | | | | | | | | |
| 10/5/2016 | 6 | 6 | at | | | | | | | | | | | | | | | | |
| 11/5/2016 | 7 | | $41.64 | | | | | | | | | | | | | | | | |
| 12/5/2016 | 8 | 2 at | $41.64 | | | | | | | | | | | | | | | | |
| 1/5/2017 | 9 | | | | | | | | | | | | | | | | | | |
| 2/5/2017 | 10 | | | | | | | | | | | | | | | | | | |
| 3/5/2017 | 11 | 3 at | | | | | | | | | | | | | | | | | |
| 4/5/2017 | 12 | 1 at | $41.64 | | | | | | | | | | | | | | | | |
| 5/5/2017 | 13 | 1 at | $49.80 | | | | | | | | | | | | | | | | |
| 6/5/2017 | 14 | | $49.96 | | | | | | | | | | | | | | | | |
| 7/5/2017 | 15 | | $49.96 | | | | | | | | | | | | | | | | |
| 8/5/2017 | 16 | | $49.96 | | | | | | | | | | | | | | | | |
| 9/5/2017 | 17 | | $49.96 | | | | | | | | | | | | | | | | |
| 10/5/2017 | 18 | | $49.96 | | | | | | | | | | | | | | | | |
| 11/5/2017 | 19 | | $49.96 | | | | | | | | | | | | | | | | |
| 12/5/2017 | 20 | | $49.96 | | | | | | | | | | | | | | | | |
| 1/5/2018 | 21 | | $49.96 | | | | | | | | | | | | | | | | |
| 2/5/2018 | 22 | | $49.96 | | | | | | | | | | | | | | | | |
| 3/5/2018 | 23 | | $49.96 | | | | | | | | | | | | | | | | |
| 4/5/2018 | 24 | 11 at | $49.96 | | | | | | | | | | | | | | | | |
| 5/5/2018 | 25 | | | | | | | | | | | | | | | | | | |
| 6/5/2018 | 26 | | | | | | | | | | | | | | | | | | |
| 7/5/2018 | 27 | | | | | | | | | | | | | | | | | | |
| 8/5/2018 | 28 | | | | | | | | | | | | | | | | | | |
| 9/5/2018 | 29 | | | 27 at | | | | | | | | | | | | | | | |
| 10/5/2018 | 30 | 6 at | | 1 at | | $258.00 | 30 at | | | | | | | | | | | | |
| 11/5/2018 | 31 | | | | | | | $12.13 | | | | | | | | | | | |
| 12/5/2018 | 32 | | | 2 at | | | | $12.13 | | | | | | | | | | | |
| 1/5/2019 | 33 | | | 1 at | | $258.00 | | $12.13 | | | | | | | | | | | |
| 2/5/2019 | 34 | | | | | | | $12.13 | | | | | | | | | | | |
| 3/5/2019 | 35 | | | 2 at | | | | $12.13 | | | | | | | | | | | |
| 4/5/2019 | 36 | | | 1 at | | $258.00 | | $12.13 | | | | | | | | | | | |
| 5/5/2019 | 37 | | | | | | | $12.13 | | | | | | | | | | | |
| 6/5/2019 | 38 | | | 2 at | | | | $12.13 | | | | | | | | | | | |
| 7/5/2019 | 39 | | | 1 at | | $258.00 | | $12.13 | | | | | | | | | | | |
| 8/5/2019 | 40 | 10 at | | | | | 10 at | $12.13 | | | | | | | | | | | |
| 9/5/2019 | 41 | | $25.00 | 2 at | | | 1 at | $312.87 | | | | | | | | | | | |
| 10/5/2019 | 42 | | $25.00 | 1 at | | $258.00 | 1 at | $54.87 | | | | | | | | | | | |
| 11/5/2019 | 43 | | $25.00 | | | | | $312.87 | | | | | | | | | | | |
| 12/5/2019 | 44 | | $25.00 | 2 at | | | 2 at | $312.87 | | | | | | | | | | | |
| 1/5/2020 | 45 | | $25.00 | 1 at | | $258.00 | 1 at | $54.87 | | | | | | | | | | | |
| 2/5/2020 | 46 | | $25.00 | | | | | $312.87 | | | | | | | | | | | |
| 3/5/2020 | 47 | | $25.00 | 2 at | | | 2 at | $312.87 | | | | | | | | | | | |
| 4/5/2020 | 48 | | $25.00 | 1 at | | $258.00 | 1 at | $54.87 | | | | | | | | | | | |
| 5/5/2020 | 49 | | $25.00 | | | | | $312.87 | | | | | | | | | | | |
| 6/5/2020 | 50 | | $25.00 | 2 at | | | 2 at | $312.87 | | | | | | | | | | | |
| 7/5/2020 | 51 | | $25.00 | 1 at | | $258.00 | 1 at | $54.87 | | | | | | | | | | | |
| 8/5/2020 | 52 | | $25.00 | | | | | $312.87 | | | | | | | | | | | |
| 9/5/2020 | 53 | | $25.00 | 2 at | | | 2 at | $312.87 | | | | | | | | | | | |
| 10/5/2020 | 54 | 14 at | $25.00 | 1 at | | $258.00 | 1 at | $54.83 | | | | | | | | | | | |
| 11/5/2020 | 55 | 1 at | $150.00 | | | | | | | | | | | | | | | | |
| 12/5/2020 | 56 | | $25.00 | 2 at | | | | | | | | | | | | | | | | |
| 1/5/2021 | 57 | | $25.00 | 1 at | | $258.00 | | | | | | | | | | | | | |
| 2/5/2021 | 58 | | $25.00 | | | | | | | | | | | | | | | | |
| 3/5/2021 | 59 | 4 at | $25.00 | 2 at | | | | | | | | | | | | | | | |
| 4/5/2021 | 60 | | $22.72 | | | $258.00 | | | 60 at | 60 at | 60 at | 60 at | 60 at | | | | | | |
| | | | $1,347.00 | | | $2,838.00 | | $3,211.44 | | | | | | | | | | | |
| | | | CLAIM 005 | | | CLAIM _____ | | CLAIM _____ | | | | | | | | | | | |
| | | | 1347.00 | | | 2838.00 | | 2842.68 | | | | | | | | | | | |
| | | | PD @ 3% | | | FROM APRIL -2016 TO | | PD @ 12% | | | | | | | | | | | |
| | | | 2011, 2014 | | | AUG 2018 - 2842.68 | | | | | | | | | | | | | |
| | | | TAX YEARS | | | | | $3,211.44 | | | | | | | | | | | |

```
Label Matrix for local noticing          Avalon Park Property Owners Association, Inc    NCEP, LLC
113A-6                                   c/o Leland Management, Inc.                     P.O. Box 165028
Case 6:16-bk-02252-ABB                   6972 Lake Gloria Boulevard                      Irving, TX 75016-5028
Middle District of Florida               Orlando, FL 32809-3200
Orlando
Thu Jan 31 16:08:26 EST 2019

PennyMac Loan Services, LLC              United States Trustee - ORL7/13 7               06 Progressive Insurance Com
c/o Aldridge Pite LLP                    Office of the United States Trustee             Credit Collection Service
Fifteen Piedmont Center                  George C Young Federal Building                 PO Box 9134
3575 Piedmont Road, N.E., Suite 500      400 West Washington Street, Suite 1100          Needham Heights, MA 02494-9134
3575 Piedmont Road, N.E., Suite 500      Orlando, FL 32801-2210
Atlanta, GA 30305-1623

AT&T Mobility II LLC                     Advanced Collection Bu                          Asset Acceptance Corp
%AT&T SERVICES INC.                      1535 Cogswell St B-8                            PO Box 2040
KAREN A. CAVAGNARO  LEAD PARALEGAL       Rockledge, FL 32955-2739                        Warren, MI 48090-2040
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Avalon Park Property Owners              Bridgecrest Credit Company LLC                  Cmre Finance
c/o Patryk Ozim, Agent                   PO Box 29018                                    3075 E Imperial Hwy Ste
Larsen & Associates, PL                  Phoenix, AZ 85038-9018                          Brea, CA 92821-6733
300 S. Orange Ave., Ste#1575
Orlando, FL 32801-3348

Comcast                                  Credit Coll                                     Dept Of Ed/navient
P.O. Box 551268                          Po Box 9134                                     Po Box 9635
Jacksonville, FL 32255-1268              Needham, MA 02494-9134                          Wilkes Barre, PA 18773-9635

Diversified                              Diversified Consultant                          Diversified Consultants, Inc
10550 Deerwood Park Blvd                 10550 Deerwood Park Blvd                        P.O. Box 551268
Jacksonville, FL 32256-2805              Jacksonville, FL 32256-0596                     Jacksonville, FL 32255-1268

Educational Credit Management Corporation Enhanced Recovery                              Enhanced Recovery Co L
P.O. Box 16408                           PO Box 57547                                    8014 Bayberry Rd
St. Paul, MN 55116-0408                  Jacksonville, FL 32241-7547                     Jacksonville, FL 32256-7412

FLORIDA HOSPITAL ORLANDO                 First Federal Credit C                          Florida Department of Revenue
C/O KEVIN B WILSON LAW OFFICES           24700 Chagrin Blvd                              Bankruptcy Unit
2810 WALKER RD STE 102                   Cleveland, OH 44122-5662                        Post Office Box 6668
CHATTANOOGA, TN 37421-1082                                                               Tallahassee FL 32314-6668

Internal Revenue Service                 King & Markman                                  Navient
PO Box 7346                              941 Lake Baldwin Lane                           Po Box 9655
Philadelphia, PA 19101-7346              Suite 101                                       Wilkes Barre, PA 18773-9655
                                         Orlando, FL 32814-6438

Navient Solutions, Inc.                  Navient Solutions, Inc. on behalf of            Navient Solutions, Inc. on behalf of USA Fun
P.O. Box 9640                            Department of Education Loan Services           Attn: Bankruptcy Litigation Unit E3149
Wilkes-Barre, PA 18773-9640              PO BOX 9635                                     PO Box 9430
                                         Wilkes-Barre, PA 18773-9635                    Wilkes Barre, PA  18773-9430
```

| | | |
|---|---|---|
| North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Online Collections<br>Po Box 1489<br>Winterville, NC 28590-1489 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| PennyMac Loan Services, LLC<br>6101 Condor Drive<br>Suite 200<br>Moorpark, CA 93021-2602 | Pennymac Loan Services<br>6101 Condor Drive<br>Moorpark, CA 93021-2602 | Preferred Collection &<br>1000 N Ashley Dr Ste 600<br>Tampa, FL 33602-3723 |
| Target/td<br>Po Box 673<br>Minneapolis, MN 55440-0673 | U.S. Bank Trust National Association as Trus<br>of Bungalow Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | United Student Aid Funds, Inc (USAF)<br>PO Box 8961<br>Madison WI 53708-8961 |
| Elizabeth McCausland<br>Liz McCausland, PA<br>545 Delaney Avenue<br>Suite 7<br>Orlando, FL 32801-3866 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Robert B Branson<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| Sharon Lynetta Gilbert<br>2121 Black Mangrove Drive<br>Orlando, FL 32828-4850 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)King & Markman PA | (u)PennyMac Loan Services, LLC | (u)U.S. Bank Trust National Association as Tr |
| (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (d)NCEP, LLC<br>P.O. Box 165028<br>Irving, TX 75016-5028 | End of Label Matrix<br>Mailable recipients   42<br>Bypassed recipients    5<br>Total                 47 |