**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                                                           **Case No: 6:16-bk-02252-TPG**
                                                                                                          **Chapter 13**
**SHARON LYNETTA GILBERT,**

       **Debtor.**
_____/

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

### **MOTION TO DETERMINE IF PAYMENT OF MORTGAGE FEE IS REQUIRED**

      Debtor, Sharon Lynetta Gilbert, through undersigned counsel files this Motion to Determine if Payment of Mortgage Fee is Required and would state as follows:

      1.     U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust serviced by SN Servicing Corporation ("Creditor") filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. to Claim 9) [the "Notice"] on September 30, 2022, in the amount of $400.00 for "Plan Review" and in the amount of $550.00 for "Plan objection", a copy of which is attached hereto as Exhibit A.

      2.     The claimed fees are excessive.

3. Reasonable fees for a Proof of Claim are $300.00 and for Plan objection are $150.00.

WHEREFORE, Debtor requests this Honorable Court (i) grant the Motion, (ii) disallow the fees as claimed; (iii) allow the fees in a total amount of $450.00, and (iv) grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 7th day of November 2022, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor: Sharon Lyneta Gilbert, 2121 Black Mangrove Drive, Orlando, FL 32828; U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o **GHIDOTTI | BERGER LLP,** c/o Melbalynn Fisher, Esq. (SBN 114230), 1031 North Miami, Beach Boulevard, North Miami Beach, FL 33162; and to US Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o Melbalynn Fisher, Esq., 1920 Old Tustin Avenue, Santa Ana, CA 92705; and to US Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501.

/s/ Robert B. Branson
Robert B. Branson, Esquire

# Exhibit "A"

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sharon Lynetta Gilbert |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number | 6:16-bk-02252-TPG |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, As Trustee Of The Lodge Series III Trust,

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 8275

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ 0 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0 |
| 3. Attorney Fees | 6/21/22 $400. Plan Review; 6/23/22 $550. Plan Objection | (3) $ 950.00 |
| 4. Filing fees and court costs | | (4) $ 0 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0 |
| 7. Property inspection fees | | (7) $ 0 |
| 8. Tax advances (non-escrow) | | (8) $ 0 |
| 9. Insurance advances (non-escrow) | | (9) $ 0 |
| 10. Property preservation expenses. Specify: | | (10) $ 0 |
| 11. Other. Specify: | | (11) $ 0 |
| 12. Other. Specify: | | (12) $ 0 |
| 13. Other. Specify: | | (13) $ 0 |
| 14. Other. Specify: | | (14) $ 0 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Sharon | Lynetta | Gilbert | Case Number (if known) | 6:16-bk-02252-TPG |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Melbalynn Fisher, Esq. (107698), Attorney for Secured Creditor
Signature

Date: 09/30/2022

Print: Melbalynn Fisher, Esq. (107698), Attorney for Secured Creditor

Title: Bankruptcy Attorney

Company: Ghidotti | Berger LLP

Address: 1920 Old Tustin Avenue
Number        Street
Santa Ana, CA 92705
City        State        Zip Code

Contact phone: (949) 427-2010

Email: bknotifications@ghidottiberger.com

| Invoice Date |
|---|
| 06/21/2022 |



**1920 Old Tustin Avenue | Santa Ana, California 92705**
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Sharon Lynetta Gilbert

Property Address: 2121 Black Mangrove Drive, Orlando, FL 32828

Investor: PRP
Area of Law: Bankruptcy
BK Plan Review

Attorney: Melbalynn Fisher

BILLING SUMMARY:

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21/2022 | 2019 Fannie Mae - Bankruptcy - Plan Review (Recoverable) | $400.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $400.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $400.00 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $400.00 |

Thank you for the opportunity to be of service.

| Invoice Date |
|---|
| 06/28/2022 |

# GhidottiBerger

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Sharon Lynetta Gilbert

Property Address: 2121 Black Mangrove Drive, Orlando, FL 32828

Investor: PRP
Area of Law: Bankruptcy                                                    Attorney: Melbalynn Fisher
              BK Objection to Plan

BILLING SUMMARY:

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 06/23/2022 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Objection to Plan (Recoverable) | $550.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $550.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $550.00 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $550.00 |

Thank you for the opportunity to be of service.

**CERTIFICATE OF SERVICE**

On September 30, 2022, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

Laurie K Weatherford ecfdailysummary@c13orl.com
Robert B Branson robert@bransonlaw.com,
United States Trustee - ORL7/13, 7 USTP.Region21.OR.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On September 30, 2022, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Sharon Lynetta Gilbert
2121 Black Mangrove Drive
Orlando, FL 32828-4850

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton